■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID FOSTER, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Demakos, J.), rendered April 12, 1983, convicting him of criminal possession of stolen property in the first degree, upon a jury verdict, and imposing sentence.

Judgment affirmed.

The trial court did not err in refusing the jury's request that the summation of the defense counsel be reread, since the

content of counsel's summation is not evidence *(see, People v Jones,* 106 AD2d 585; *United States v Guanti,* 421 F2d 792, 801, *cert denied sub nom. Romano v United States,* 400 US 832).* The defendant's remaining contentions have been reviewed and are without merit. Rubin, Lawrence and Kooper, JJ., concur.

Lazer, J. P., concurs and votes to affirm the judgment of conviction, with the following memorandum: My concurrence on the summation issue is on constraint of *People v Jones* (106 AD2d 585).